TRANSOUT,JURYDEMAND,PROTO

## U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:25–cv–00666–DGE

National Products Inc v. Pioneer Square Brands Inc
Assigned to: U.S. District Judge David G Estudillo
Cause: 35:271 Patent Infringement

Date Filed: 04/14/2025
Date Terminated: 03/23/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**National Products Inc**                         represented by **David K Tellekson**
FENWICK & WEST (WA)
401 UNION ST
5TH FL
SEATTLE, WA 98101
206–389–4510
Email: dtellekson@fenwick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob E Simmons**
FENWICK & WEST (WA)
401 UNION ST
5TH FL
SEATTLE, WA 98101
206–389–4581
Email: jsimmons@fenwick.com
*ATTORNEY TO BE NOTICED*

**Jonathan G Tamimi**
FENWICK & WEST (WA)
401 UNION ST
5TH FL
SEATTLE, WA 98101
206–389–4510
Fax: 206–389–4511
Email: jtamimi@fenwick.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pioneer Square Brands Inc**                     represented by **Daisy Manning**
*doing business as*                               HUSCH & BLACKWELL (ST LOUIS)
VAULT                                             8001 FORSYTH BOULEVARD
STE 1500
ST LOUIS, MO 63105
314–480–1500
Fax: 314–480–1505
Email: daisy.manning@huschblackwell.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Domingo Manuel Llagostera**
BLANK ROME LLP (TX)
717 TEXAS AVE
STE 1400
HOUSTON, TX 77002
713−632−8682
Fax: 713−228−6605
Email: domingo.llagostera@blankrome.com
*TERMINATED: 02/12/2026*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan R Wood**
BLANK ROME LLP (DC)
1825 I STREET NW
WASHINGTON, DC 20006
202−420−2753
Fax: 202−420−2201
Email: megan.wood@blankrome.com
*TERMINATED: 02/12/2026*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rudolph A Telscher , Jr**
HUSCH & BLACKWELL (ST LOUIS)
8001 FORSYTH BOULEVARD
STE 1500
ST LOUIS, MO 63105
314−480−1500
Fax: 314−480−1505
Email: rudy.telscher@huschblackwell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Russell T. Wong**
BLANK ROME LLP (TX)
717 TEXAS AVE
STE 1400
HOUSTON, TX 77002
713−632−8634
Fax: 713−228−6605
Email: russell.wong@blankrome.com
*TERMINATED: 02/12/2026*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Carl Locker**

SUMMIT LAW GROUP
315 5TH AVE S
STE 1000
SEATTLE, WA 98104
206–676–7000
Fax: 206–676–7001
Email: larryl@summitlaw.com
*ATTORNEY TO BE NOTICED*

**Rebecca Singleton**
SUMMIT LAW GROUP
315 5TH AVE S
STE 1000
SEATTLE, WA 98104
206–676–7000
Email: rebeccas@summitlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2025 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* against defendant(s) Pioneer Square Brands Inc. d/b/a VAULT with JURY DEMAND Attorney David K Tellekson added to party National Products Inc.(pty:pla) filed by National Products Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet, # 4 Summons, # 5 Report on Patents and Trademarks (AO Form 120))(Tellekson, David) (No Fee Required Fee paid, receipt #AWAWDC–8928636) Modified on 4/14/2025 to add receipt number (KB). (Entered: 04/14/2025) |
| 04/14/2025 | Ï 2 | CORPORATE DISCLOSURE STATEMENT indicating no Corporate Parents and/or Affiliates. Filed pursuant to Fed.R.Civ.P 7.1(a)(1). Filed by National Products Inc.. (Tellekson, David) (Entered: 04/14/2025) |
| 04/14/2025 | Ï 3 | NOTICE of Related Case(s) 2:20–cv–00428–DGE, by Plaintiff National Products Inc.. (Tellekson, David) (Entered: 04/14/2025) |
| 04/14/2025 | Ï 4 | NOTICE of Appearance by attorney Jonathan G Tamimi on behalf of Plaintiff National Products Inc.. (Tamimi, Jonathan) (Entered: 04/14/2025) |
| 04/15/2025 | Ï | Hon. Brian A Tsuchida added. (MIH) (Entered: 04/15/2025) |
| 04/15/2025 | Ï 5 | REPORT on the filing or determination of an action. Emailed to the US Patent Office (MIH) (Entered: 04/15/2025) |
| 04/15/2025 | Ï 6 | Summons Electronically Issued as to Defendant Pioneer Square Brands Inc (MIH) (Entered: 04/15/2025) |
| 04/15/2025 | Ï 7 | NOTICE of Appearance by attorney Jacob E Simmons on behalf of Plaintiff National Products Inc. (Simmons, Jacob) (Entered: 04/15/2025) |
| 04/17/2025 | Ï 8 | AFFIDAVIT of Service of Summons and Complaint on Pioneer Square Brands Inc., d/b/a VAULT on 4/16/2025, filed by Plaintiff National Products Inc. (Tellekson, David) (Entered: 04/17/2025) |
| 05/01/2025 | Ï 9 | NOTICE of Appearance by attorney Lawrence Carl Locker on behalf of Defendant Pioneer Square Brands Inc. (Locker, Lawrence) (Entered: 05/01/2025) |
| 05/01/2025 | Ï 10 | Unopposed MOTION new deadline for Defendant to respond to Complaint of June 6, 2025. re 1 Complaint, , filed by Defendant Pioneer Square Brands Inc. (Attachments: # 1 Proposed Order Prop |

| | | |
|---|---|---|
| | | Order Granting Unopposed Motion for Extension of Time for Def to Respond to Complaint) Noting Date 5/1/2025, (Locker, Lawrence) (Entered: 05/01/2025) |
| 05/01/2025 | 11 | ORDER granting 10 Unopposed Motion for new deadline for Defendant to respond to Complaint signed by Hon. Brian A Tsuchida. Pioneer Square Brands Inc answer due 6/6/2025. (AQ) (Entered: 05/01/2025) |
| 05/01/2025 | 12 | NOTICE OF ASSIGNMENT TO A US MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM. Each party will be deemed to have knowingly and voluntarily consented to proceed before a Magistrate Judge if this form is not returned by 5/8/2025. **Please Note: Forms must not be electronically filed with the Court.** (AQ) (Entered: 05/01/2025) |
| 05/02/2025 | 13 | MINUTE ORDER REASSIGNING CASE by Clerk Ravi Subramanian. Case reassigned to Judge Robert S. Lasnik for all further proceedings. Hon. Brian A Tsuchida no longer assigned to case. (AQ) (Entered: 05/02/2025) |
| 05/05/2025 | 14 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT signed by Judge Robert S. Lasnik. Joint Status Report due by 6/2/2025. (VE) (Entered: 05/05/2025) |
| 05/05/2025 | Ï | Attorney Rebecca Singleton added for Defendant Pioneer Square Brands Inc.; per 9 Notice of Appearance. (MJV) (Entered: 05/05/2025) |
| 05/08/2025 | 15 | AMENDED ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT signed by Judge Robert S. Lasnik. Joint Status Report due by 7/3/2025. (VE) (Entered: 05/08/2025) |
| 05/30/2025 | 16 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, *for Patent Infringement*, filed by All Defendants. (Attachments: # 1 Proposed Order) Noting Date 5/30/2025, (Locker, Lawrence) (Entered: 05/30/2025) |
| 06/02/2025 | 17 | ORDER granting 16 Unopposed MOTION for Extension of Time to File Answer. Defendant's deadline to respond to Plaintiff's Complaint is extended to and including 7/7/2025. Signed by Judge Robert S. Lasnik. (APH) (Entered: 06/02/2025) |
| 06/03/2025 | 18 | AMENDED COMPLAINT *FOR PATENT INFRINGEMENT* against defendant(s) Pioneer Square Brands Inc with JURY DEMAND filed by National Products Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tellekson, David) (Entered: 06/03/2025) |
| 06/25/2025 | 19 | Second AMENDED COMPLAINT *FOR PATENT INFRINGEMENT* against defendant(s) Pioneer Square Brands Inc with JURY DEMAND filed by National Products Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Tellekson, David) (Entered: 06/25/2025) |
| 07/02/2025 | 20 | JOINT STATUS REPORT signed by all parties. Estimated Trial Days: 5–7 days. Filed by Plaintiff National Products Inc.(Tamimi, Jonathan) (Entered: 07/02/2025) |
| 07/08/2025 | Ï | Case Reassigned to U.S. District Judge David G Estudillo as related to 2:20–cv–00428–DGE and 2:25–cv–00730–DGE. Judge Robert S. Lasnik no longer assigned to the case. (VE) (Entered: 07/08/2025) |
| 07/09/2025 | 21 | CORPORATE DISCLOSURE STATEMENT indicating no Corporate Parents and/or Affiliates. Filed pursuant to Fed.R.Civ.P 7.1(a)(1). Filed by Pioneer Square Brands Inc. (Locker, Lawrence) (Entered: 07/09/2025) |
| 07/09/2025 | 22 | MOTION to Dismiss *for Improper Venue*, filed by Defendant Pioneer Square Brands Inc. (Attachments: # 1 Proposed Order) Noting Date 8/6/2025, (Locker, Lawrence) (Entered: 07/09/2025) |
| 07/09/2025 | 23 | DECLARATION of Marc Matsumura In Support of Defendant's Motion to Dismiss filed by Defendant Pioneer Square Brands Inc re 22 MOTION to Dismiss *for Improper Venue* (Locker, |

| | | |
|---|---|---|
| | | Lawrence) (Entered: 07/09/2025) |
| 07/10/2025 | 24 | APPLICATION OF ATTORNEY Megan R. Wood FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Pioneer Square Brands Inc (Fee Paid) Receipt No. AWAWDC–9067307 (Locker, Lawrence) (Entered: 07/10/2025) |
| 07/10/2025 | 25 | APPLICATION OF ATTORNEY Russell T. Wong FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Pioneer Square Brands Inc (Fee Paid) Receipt No. AWAWDC–9067319 (Locker, Lawrence) (Entered: 07/10/2025) |
| 07/10/2025 | 26 | APPLICATION OF ATTORNEY Domingo M. LLagostera FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Pioneer Square Brands Inc (Fee Paid) Receipt No. AWAWDC–9067344 (Locker, Lawrence) (Entered: 07/10/2025) |
| 07/10/2025 | 27 | ORDER re 25 Application for Leave to Appear Pro Hac Vice, 24 Application for Leave to Appear Pro Hac Vice, 26 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorneys Megan R Wood, Russell T. Wong, and Domingo Manuel Llagostera for Defendant Pioneer Square Brands Inc, by Clerk Ravi Subramanian. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(HH) (Entered: 07/10/2025) |
| 07/16/2025 | 28 | Unopposed MOTION for Discovery *[Motion for Entry of Venue Discovery Order]*, filed by Plaintiff National Products Inc. (Attachments: # 1 Proposed Order) Noting Date 7/16/2025, (Tamimi, Jonathan) (Entered: 07/16/2025) |
| 07/24/2025 | 29 | ORDER granting Plaintiff's 28 Motion for Discovery. Venue Discovery Closes October 2, 2025. The deadline for NPI to file its Opposition to PSB's 22 Motion to Dismiss is October 16, 2025. The deadline for PSB to file its Reply (which will be the noting date for the Motion) is October 30, 2025. Signed by U.S. District Judge David G Estudillo.(MW) (Entered: 07/24/2025) |
| 07/28/2025 | 30 | Stipulated MOTION for Protective Order , filed by Plaintiff National Products Inc. (Attachments: # 1 Exhibit A – (Proposed) Stipulated Protective Order, # 2 Exhibit B – Redline Comparison of Protective Orders) Noting Date 7/28/2025, (Tamimi, Jonathan) (Entered: 07/28/2025) |
| 07/29/2025 | 31 | STIPULATED PROTECTIVE ORDER re Parties' 30 Stipulated MOTION for Protective Order. Signed by U.S. District Judge David G Estudillo. (MW) (Entered: 07/29/2025) |
| 08/25/2025 | 32 | NOTICE *[Joint Discovery Dispute Statement]* re 22 MOTION to Dismiss *for Improper Venue* ; filed by Plaintiff National Products Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Tamimi, Jonathan) (Entered: 08/25/2025) |
| 08/26/2025 | | NOTICE of Hearing: Discovery Hearing re 32 Joint Discovery Dispute Statement is set for 9/3/2025 at 9:00 AM in Courtroom B via Zoom before U.S. District Judge David G. Estudillo. (MGC) (Entered: 08/26/2025) |
| 09/03/2025 | 33 | MINUTE ENTRY for proceedings held before U.S. District Judge David G. Estudillo– Dep Clerk: *Gretchen Craft*; Pla Counsel: *Jonathan Tamimi, David Tellekson, Jacob Simmons*; Def Counsel: *Megan Wood, Domingo Llagostera, Larry Locker*; CR: *Angela Nicolavo*; Time of Hearing: *9:00*; Courtroom: *Zoom*; **Discovery Hearing** held on 9/3/2025. Court hears arguments re 32 Joint Discovery Dispute Statement and rules as stated on the record. Minute Order will issue. (MGC) (Entered: 09/03/2025) |
| 09/03/2025 | 34 | MINUTE ORDER re Notice of Hearing, 33 Discovery Hearing. IT IS ORDERED that: Defendant Pioneer Square Brands Inc. (PSB) shall provide full and complete responses to Plaintiffs Requests for Production Nos. 1 and 3, and Interrogatory No. 1; Plaintiffs Request for Production No. 9 is |

| | | STRICKEN; PSB shall respond to Topic 5 of Plaintiffs Notice of Deposition pursuant to Rule 30(b)(6); and PSBs discovery responses shall be from 2022 to present.Signed by U.S. District Judge David G Estudillo. (PS) (Entered: 09/03/2025) |
|---|---|---|
| 09/04/2025 | 35 | TRANSCRIPT REQUEST by Defendant Pioneer Square Brands Inc for proceedings held on 09/03/2025 re 33 Discovery Hearing,,. Requesting Attorney: Domingo Manuel Llagostera.<br><br>Posting of this Transcript Order form does not constitute an official request for transcript(s). If you have not already done so, you MUST contact the individual court reporter(s), Angela Nicolavo (angela_nicolavo@wawd.uscourts.gov, 253–882–3832) to make payment arrangements and secure your desired delivery time. (Llagostera, Domingo) (Entered: 09/04/2025) |
| 09/10/2025 | 36 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Discovery Hearing held on 9/3/2025 before Judge David G. Estudillo.<br><br>Parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript, contact court reporter Angela Nicolavo, angela_nicolavo@wawd.uscourts.gov, 253–882–3832.<br><br>Release of Transcript Restriction set for 12/9/2025, (AN) (Entered: 09/10/2025) |
| 10/16/2025 | 37 | Unopposed MOTION to Seal *Documents Related to Its Response in Opposition to Defendant Pioneer Square Brands Inc.'s Motion to Dismiss for Improper Venue*, filed by Plaintiff National Products Inc. (Attachments: # 1 Proposed Order) Noting Date 10/16/2025, (Tamimi, Jonathan) (Entered: 10/16/2025) |
| 10/16/2025 | 38 | DECLARATION of Jonathan G. Tamimi filed by Plaintiff National Products Inc re 37 Unopposed MOTION to Seal *Documents Related to Its Response in Opposition to Defendant Pioneer Square Brands Inc.'s Motion to Dismiss for Improper Venue* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tamimi, Jonathan) (Entered: 10/16/2025) |
| 10/16/2025 | 39 | **SEALED DOCUMENT** *Response in Opposition to Defendant Pioneer Square Brands Inc.'s Motion to Dismiss for Improper Venue* by Plaintiff National Products Inc re 37 Unopposed MOTION to Seal *Documents Related to Its Response in Opposition to Defendant Pioneer Square Brands Inc.'s Motion to Dismiss for Improper Venue*, 22 MOTION to Dismiss *for Improper Venue* (Attachments: # 1 Proposed Order)(Tamimi, Jonathan) (Entered: 10/16/2025) |
| 10/16/2025 | 40 | **SEALED DOCUMENT** *DECLARATION of Jonathan G. Tamimi In Support of National Products Inc.'s Opposition to Defendant Pioneer Square Brands Inc.'s Motion to Dismiss for Improper Venue* by Plaintiff National Products Inc re 37 Unopposed MOTION to Seal *Documents Related to Its Response in Opposition to Defendant Pioneer Square Brands Inc.'s Motion to Dismiss for Improper Venue*, 39 Sealed Document, (Attachments: # 1 Exhibit A [FUS], # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E [FUS], # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K [FUS], # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V [FUS], # 23 Exhibit W [FUS], # 24 Exhibit X [FUS], # 25 Exhibit Y [FUS], # 26 Exhibit Z [FUS], # 27 Exhibit AA, # 28 Exhibit AB, # 29 Exhibit AC, # 30 Exhibit AD, # 31 Exhibit AE, # 32 Exhibit AF)(Tamimi, Jonathan) (Entered: 10/16/2025) |

| | | |
|---|---|---|
| 10/16/2025 | 41 | RESPONSE, by Plaintiff National Products Inc, to 22 MOTION to Dismiss *for Improper Venue*. Oral Argument Requested. (Attachments: # 1 Proposed Order)(Tamimi, Jonathan) (Entered: 10/16/2025) |
| 10/16/2025 | 42 | Redacted DECLARATION of Jonathan G. Tamimi In Support of National Products Inc.'s Opposition to Defendant Pioneer Square Brands Inc.'s Motion to Dismiss for Improper Venue filed by Plaintiff National Products Inc re 22 MOTION to Dismiss *for Improper Venue* (Attachments: # 1 Exhibit A [redacted], # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E [redacted], # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H [redacted], # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K [redacted], # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V [redacted], # 23 Exhibit W [redacted], # 24 Exhibit X [redacted], # 25 Exhibit Y [redacted], # 26 Exhibit Z [redacted], # 27 Exhibit AA, # 28 Exhibit AB, # 29 Exhibit AC, # 30 Exhibit AD, # 31 Exhibit AE, # 32 Exhibit AF)(Tamimi, Jonathan) (Entered: 10/16/2025) |
| 10/21/2025 | 43 | ORDER re Plaintiff's 37 Unopposed MOTION to Seal The Court ORDERS Defendant to show cause as to why (1) Plaintiff's response in opposition to Defendant's motion to dismiss for improper venue (Dkt. No. 39 ) and (2) Exhibits A, E, H, K, and V–Z to the declaration of Jonathan G. Tamimi in support of Plaintiff's opposition brief (Dkt. No. 40 ) should be filed under seal. Defendant must identify with specificity the basis and justification for sealing each document in its entirety and/or why specific redactions in a document are necessary. The Court will unseal all documents if Defendant fails to respond on or before November 4, 2025. Signed by U.S. District Judge David G Estudillo. (BKP) (Entered: 10/21/2025) |
| 10/30/2025 | 44 | REPLY, filed by Defendant Pioneer Square Brands Inc, TO RESPONSE to 22 MOTION to Dismiss *for Improper Venue* (Locker, Lawrence) (Entered: 10/30/2025) |
| 10/30/2025 | 45 | DECLARATION of Megan Wood filed by Defendant Pioneer Square Brands Inc re 22 MOTION to Dismiss *for Improper Venue* (Locker, Lawrence) (Entered: 10/30/2025) |
| 11/04/2025 | 46 | REPLY, filed by Defendant Pioneer Square Brands Inc, TO RESPONSE to 37 Unopposed MOTION to Seal *Documents Related to Its Response in Opposition to Defendant Pioneer Square Brands Inc.'s Motion to Dismiss for Improper Venue* (Locker, Lawrence) (Entered: 11/04/2025) |
| 11/04/2025 | 47 | DECLARATION of Megan Wood filed by Defendant Pioneer Square Brands Inc re 37 Unopposed MOTION to Seal *Documents Related to Its Response in Opposition to Defendant Pioneer Square Brands Inc.'s Motion to Dismiss for Improper Venue* (Locker, Lawrence) (Entered: 11/04/2025) |
| 11/06/2025 | 48 | APPLICATION OF ATTORNEY Daisy Manning FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Pioneer Square Brands Inc (Fee Paid) Receipt No. AWAWDC–9276030 (Locker, Lawrence) (Entered: 11/06/2025) |
| 11/06/2025 | 49 | APPLICATION OF ATTORNEY Rudolph A. Telscher Jr. FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Pioneer Square Brands Inc (Fee Paid) Receipt No. AWAWDC–9276045 (Locker, Lawrence) (Entered: 11/06/2025) |
| 11/07/2025 | 50 | ORDER re 49 Application for Leave to Appear Pro Hac Vice, 48 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorneys Daisy Manning, and Rudolph Telscher, Jr for Defendants Pioneer Square Brands Inc, by Clerk Ravi Subramanian. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(HH) (Entered: 11/07/2025) |
| 11/12/2025 | 51 | Stipulated MOTION *TO MODIFY SCHEDULING ORDER*, filed by Plaintiff National Products Inc. (Attachments: # 1 Proposed Order) Noting Date 11/12/2025, (Tamimi, Jonathan) (Entered: |

| | | |
|---|---|---|
| | | 11/12/2025) |
| 11/13/2025 | 52 | ORDER ON PARTIES' STIPULATED 51 MOTION TO MODIFY SCHEDULING ORDER. The Court GRANTS the stipulated motion and ORDERS the modification of the existing scheduling order as follows: Exchange of Proposed Construction and Extrinsic Evidence due December 3, 2025;Exchange of Expert Declarations in Support of a Partys Constructions due December 17, 2025; Filing of the Joint Claim Construction Statement due January 12, 2026; Opening Markman Briefs due February 9, 2026; and Response Markman Briefs due February 24, 2026. Signed by U.S. District Judge David G Estudillo. (BKP) (Entered: 11/13/2025) |
| 12/17/2025 | 53 | ORDER granting in part and denying in part Plaintiff's 37 Motion to Seal. The Court ORDERS Plaintiff to file the following: A new version of Plaintiff's response in opposition to the motion to dismiss (Dkt. No. 39 ) with redactions made in accordance with this order and reflecting the alterations to the redactions identified by Defendant in Dkt. No. 47 . A new version of the Declaration of Jonathan G. Tamimi in support of Plaintiff's response (Dkt. No. 40 ), with redactions made to Exhibits A and H (Dkt. Nos. 40–1; 40–8) made in accordance with this order and reflecting the alterations to the redactions identified by Defendant in Dkt. No. 47 . Plaintiff SHALL file the new redacted versions by December 24, 2025. The current redacted versions (Dkt. Nos. 41 ; 42 ) will remain on the docket for purposes of maintaining a record but will no longer be considered by the Court in its decision on Defendant's motion to dismiss for improper venue (Dkt. No. 22 ). Signed by U.S. District Judge David G Estudillo.(MW) (Entered: 12/17/2025) |
| 12/23/2025 | 54 | RESPONSE, by Plaintiff National Products Inc, to 22 MOTION to Dismiss *for Improper Venue*. Oral Argument Requested. (Attachments: # 1 Proposed Order)(Tamimi, Jonathan) (Entered: 12/23/2025) |
| 12/23/2025 | 55 | Redacted DECLARATION of Jonathan G. Tamimi In Support of National Products Inc.'s Opposition to Defendant Pioneer Square Brands Inc.'s Motion to Dismiss for Improper Venue filed by Plaintiff National Products Inc re 22 MOTION to Dismiss *for Improper Venue* (Attachments: # 1 Exhibit A [redacted], # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E [redacted], # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H [redacted], # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K [redacted], # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V [redacted], # 23 Exhibit W [redacted], # 24 Exhibit X [redacted], # 25 Exhibit Y [redacted], # 26 Exhibit Z [redacted], # 27 Exhibit AA, # 28 Exhibit AB, # 29 Exhibit AC, # 30 Exhibit AD, # 31 Exhibit AE, # 32 Exhibit AF)(Tamimi, Jonathan) (Entered: 12/23/2025) |
| 01/12/2026 | 56 | STATEMENT of [Joint Claim Construction and Prehearing Statement] by Plaintiff National Products Inc (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Tamimi, Jonathan) (Entered: 01/12/2026) |
| 01/28/2026 | 57 | ORDER granting Defendant's 22 Motion to Dismiss for Improper Venue. However, rather than dismissing this case, the Court ORDERS the Parties to submit supplemental briefing to address the question of where venue is proper under 28 U.S.C. § 1400(b) and Cray. Defendant SHALL file a brief, no more than 10 pages, identifying and presenting its position on where proper venue lies no later than February 11, 2026. Plaintiff SHALL file a brief in response, no more than 10 pages, no later than February 25, 2026. Signed by U.S. District Judge David G Estudillo.(MW) (Entered: 01/28/2026) |
| 02/11/2026 | 58 | RESPONSE, by All Defendants, to 22 MOTION to Dismiss *for Improper Venue*. (Locker, Lawrence) (Entered: 02/11/2026) |
| 02/11/2026 | 59 | DECLARATION of Daisy Manning ISO Def's Brief Concerning Proper Venue filed by Defendant Pioneer Square Brands Inc re 22 MOTION to Dismiss *for Improper Venue* (Locker, Lawrence) |

| | | (Entered: 02/11/2026) |
|---|---|---|
| 02/11/2026 | 60 | DECLARATION of Marc Matsumura ISO Def's Brief Concerning Proper Venue filed by Defendant Pioneer Square Brands Inc re 22 MOTION to Dismiss *for Improper Venue* (Locker, Lawrence) (Entered: 02/11/2026) |
| 02/12/2026 | 61 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Megan R Wood; Domingo Manuel Llagostera and Russell T. Wong for Defendant Pioneer Square Brands Inc. (Locker, Lawrence) (Entered: 02/12/2026) |
| 02/25/2026 | 62 | RESPONSIVE BRIEF *Concerning Proper Venue* re 57 Order on Motion to Dismiss,, by Plaintiff National Products Inc. (Simmons, Jacob) (Entered: 02/25/2026) |
| 02/25/2026 | 63 | DECLARATION of Jacob E. Simmons re 62 Brief – Responsive, 22 MOTION to Dismiss *for Improper Venue* by Plaintiff National Products Inc (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Simmons, Jacob) (Entered: 02/25/2026) |
| 03/23/2026 | 64 | ORDER REGARDING TRANSFER OF VENUE. The Court GRANTS Plaintiff's request and TRANSFERS this case to the District of Delaware.<br><br>Case will be transferred on 4/7/2026 to the District of Delaware by electronic case transfer. Signed by U.S. District Judge David G Estudillo. (MW) (Entered: 03/23/2026) |