MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**BRIAN P. EGAN**
(302) 351-9454
began@morrisnichols.com

June 26, 2026

The Honorable Maryellen Noreika
United States District Court
844 North King Street
Wilmington, DE 19801

*VIA ELECTRONIC FILING*

Re: *National Products Inc. v. Pioneer Square Brands, Inc.*
C.A. No. 26-389 (MN)

Dear Judge Noreika:

Pursuant to the Court's May 27, 2026 order (D.I. 77), the parties submit the attached proposed scheduling order.

The parties have four disputes with respect to the provisions regarding ADR Process (¶ 6), Disclosures (¶ 7), Discovery (¶ 8), and Supplementation (¶ 14) and have submitted competing proposals for these provisions in the attached.

Counsel remain available should the Court have any questions.

Respectfully,

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

BPE/bac
Enclosure